MICHAEL E. DERGOSITS (SBN 118206)
TODD A. NOAH (SBN 152328)
TED K. JOE (SBN 242589)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail: mdergosits@dergnoah.com
E-mail: tnoah@dergnoah.com
E-mail: tjoe@dergnoah.com

Attorneys for Plaintiff
EXERGETIC SYSTEMS, LLC

ARTHUR S. BEEMAN (SBN 237996)
PAMELA K. FULMER (SBN 154736)
BRETT A. LOVEJOY (SBN 228784)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Tel: (415) 626-3939
Fax: (415) 875-5787
E-mail: asbeeman@jonesday.com
E-mail: pkfulmer@jonesday.com
E-mail: blovejoy@jonesday.com

Attorneys for Defendants
EDISON MISSION ENERGY AND
MIDWEST GENERATION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>EDISON MISSION ENERGY and<br>MIDWEST GENERATION LLC,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: CV-09-0883 MHP<br><br>**STIPULATION AND** ~~PROPOSED~~<br>**ORDER RE: DISMISSAL WITH**<br>**PREJUDICE OF FIFTH CAUSE OF**<br>**ACTION FOR INFRINGEMENT OF U.S.**<br>**PATENT NO. 6,810,358 IN COMPLAINT** |

-1-

Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest Generation LLC (together "Parties") hereby stipulate, through their respective counsel of record, that the Fifth Cause of Action for Infringement of U.S. Patent No. 6,810,358 of the Complaint be dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: July 27, 2009              DERGOSITS & NOAH LLP


                                  By: /s/ Todd A. Noah
                                        Todd A. Noah

                                  Attorneys for Plaintiff and Counterdefendant
                                  EXERGETIC SYSTEMS, LLC


Dated: July 27, 2009              JONES DAY


                                  By: /s/ Arthur S. Beeman
                                        Arthur S. Beeman

                                  Attorneys for Defendants and Counterclaimants
                                  EDISON MISSION ENERGY and MIDWEST
                                  GENERATION LLC


PURSUANT TO STIPULATION, the Fifth Cause of Action for Infringement of U.S. Patent No. 6,810,358 of the Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 28, 2009
                                  Hon. M_____
                                  United S_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

-2-

STIPULATION RE DISMISSAL OF FIFTH CAUSE OF ACTION
Civil Action No. CV-09-0883 MHP