| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206) | ARTHUR S. BEEMAN (SBN 237996) |
| TODD A. NOAH (SBN 152328) | PAMELA K. FULMER (SBN 154736) |
| TED K. JOE (SBN 242589) | BRETT A. LOVEJOY (SBN 212942) |
| DERGOSITS & NOAH LLP | JONES DAY |
| Three Embarcadero Center, Suite 410 | 555 California St., 26th Floor |
| San Francisco, California 94111 | San Francisco, CA 94104-1500 |
| Tel: (415) 705-6377 | Telephone: (415) 626-3939 |
| Fax: (415) 705-6383 | Facsimile: (415) 875-5787 |
| E-mail: mdergosits@dergnoah.com | email: asbeeman@jonesday.com |
| E-mail: tnoah@dergnoah.com | email: pkfulmer@jonesday.com |
| E-mail: tjoe@dergnoah.com | email: blovejoy@jonesday.com |
| Attorneys for Plaintiff | Attorneys for Defendants and Counterclaimants |
| EXERGETIC SYSTEMS, LLC | EDISON MISSION ENERGY and MIDWEST GENERATION, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDISON MISSION ENERGY; and MIDWEST GENERATION LLC,<br><br>Defendants. | **Case No. 09-0883-MHP**<br><br>**STIPULATION AND [PROPOSED] ORDER** |
| AND RELATED COUNTERCLAIMS | |

WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest Generation LLC ("the Parties") to return for a Further Case Management Conference on September 21, 2009;

WHEREAS Plaintiff served its Infringement Contentions and Disclosures pursuant Patent L.R. 3-1 and 3-2 on July 20, 2009, and Defendants, by agreement of the Parties, are scheduled to serve their Invalidity Contentions and Disclosures pursuant Patent L.R. 3-3 and 3-4 on September 17, 2009;

WHEREAS the Parties have scheduled a meeting of the principals and their counsel in San Francisco, California on September 29, 2009 to discuss possible resolution of this case; and

WHEREAS the Parties have set a court-sponsored mediation before Mediator George Fisher on October 13, 2009, also to discuss possible resolution of this case,

NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their respective counsel of record, that the Further Case Management Conference now set for September 21, 2009 be postponed until October 26, 2009 at 3:00 P.M., subject to the Court's availability on that date. The Parties shall file jointly a Further Case Management Conference Statement 5 court days before the continued case Further Case Management Statement.

IT IS SO STIPULATED.

Dated: September 15, 2009          DERGOSITS & NOAH LLP

                                   By:      /s/
                                        Michael E. Dergosits
                                   Attorneys for Plaintiff and
                                   Counterdefendant
                                   EXERGETIC SYSTEMS, LLC


Dated: September 15, 2009          JONES DAY

                                   By:      /s/
                                        Arthur S. Beeman
                                   Attorneys for Defendants and
                                   Counterclaimants
                                   EDISON MISSION ENERGY and
                                   MIDWEST GENERATION LLC

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Arthur S. Beeman.

                                        /s/
                                   Michael E. Dergosits

IT IS SO ORDERED.

                                   IT IS SO ORDERED
                                   [signature]
                                   Judge Marilyn H. Patel

Dated: September 15, 2009
                                   United States District Judge

STIPULATION AND PROPOSED ORDER
Case No. CV 09-0883 MHP

- 2 -