| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206) | ARTHUR S. BEEMAN (SBN 237996) |
| TODD A. NOAH (SBN 152328) | PAMELA K. FULMER (SBN 154736) |
| TED K. JOE (SBN 242589) | BRETT A. LOVEJOY (SBN 212942) |
| DERGOSITS & NOAH LLP | JONES DAY |
| Three Embarcadero Center, Suite 410 | 555 California St., 26th Floor |
| San Francisco, California 94111 | San Francisco, CA 94104-1500 |
| Tel:  (415) 705-6377 | Telephone:     (415) 626-3939 |
| Fax: (415) 705-6383 | Facsimile:      (415) 875-5787 |
| E-mail:  mdergosits@dergnoah.com | email:  asbeeman@jonesday.com |
| E-mail:  tnoah@dergnoah.com | email:  pkfulmer@jonesday.com |
| E-mail:  tjoe@dergnoah.com | email:  blovejoy@jonesday.com |
| Attorneys for Plaintiff | Attorneys for Defendants and Counterclaimants |
| EXERGETIC SYSTEMS, LLC | EDISON MISSION ENERGY and MIDWEST GENERATION, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>EDISON MISSION ENERGY; and MIDWEST GENERATION LLC,<br><br>    Defendants. | **Case No. 09-0883-MHP**<br><br>**STIPULATION AND [PROPOSED] ORDER** |
| AND RELATED COUNTERCLAIMS | |

WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest Generation LLC ("the Parties") to return for a Further Case Management Conference on September 21, 2009;

WHEREAS Plaintiff served its Infringement Contentions and Disclosures pursuant Patent L.R. 3-1 and 3-2 on July 20, 2009, and Defendants, by agreement of the Parties, are scheduled to serve their Invalidity Contentions and Disclosures pursuant Patent L.R. 3-3 and 3-4 on September 17, 2009;

1  WHEREAS the Parties have scheduled a meeting of the principals and their counsel in
2  San Francisco, California on September 29, 2009 to discuss possible resolution of this case; and
3  WHEREAS the Parties have set a court-sponsored mediation before Mediator George
4  Fisher on October 13, 2009, also to discuss possible resolution of this case,
5  NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their
6  respective counsel of record, that the Further Case Management Conference now set for
7  September 21, 2009 be postponed until October 26, 2009 at 2:00 P.M., subject to the Court's
8  availability on that date.  The Parties shall file jointly a Further Case Management Conference
9  Statement 5 court days before the continued case Further Case Management Statement.
10  IT IS SO STIPULATED.

11  Dated: September 15, 2009          DERGOSITS & NOAH LLP

12                                     By:      /s/
13                                         Michael E. Dergosits
                                       Attorneys for Plaintiff and
14                                     Counterdefendant
                                       EXERGETIC SYSTEMS, LLC
15

16  Dated: September 15, 2009          JONES DAY
17
                                       By:      /s/
18                                         Arthur S. Beeman
                                       Attorneys for Defendants and
19                                     Counterclaimants
                                       EDISON MISSION ENERGY and
20                                     MIDWEST GENERATION LLC
21

22  I attest under penalty of perjury that concurrence in the filing of this document has been
    obtained from Defendants' counsel, Arthur S. Beeman.

23
24                                          /s/
                                        Michael E. Dergosits
25  IT IS SO ORDERED.
26                                     IT IS SO ORDERED
27  Dated: September 15, 2009
                                       Judge Marilyn H. Patel
28                                     United States District Judge

                                       STIPULATION AND PROPOSED ORDER
                                       Case No.: CV 09-0883 MHP
                          - 2 -