1   MICHAEL E. DERGOSITS (SBN 118206)     ARTHUR S. BEEMAN (SBN 237996)
    TODD A. NOAH (SBN 152328)              PAMELA K. FULMER (SBN 154736)
2   TED K. JOE (SBN 242589)               BRETT A. LOVEJOY (SBN 212942)
    DERGOSITS & NOAH LLP                  JONES DAY
3   Three Embarcadero Center, Suite 410   555 California St., 26th Floor
    San Francisco, California 94111        San Francisco, CA 94104-1500
4   Tel:  (415) 705-6377                  Telephone:     (415) 626-3939
    Fax: (415) 705-6383                   Facsimile:     (415) 875-5787
5   E-mail: mdergosits@dergnoah.com       email: asbeeman@jonesday.com
    E-mail: tnoah@dergnoah.com            email: pkfulmer@jonesday.com
6   E-mail: tjoe@dergnoah.com             email: blovejoy@jonesday.com

7                                         Attorneys for Defendants and
    Attorneys for Plaintiff               Counterclaimants
8                                         EDISON MISSION ENERGY and
    EXERGETIC SYSTEMS, LLC                MIDWEST GENERATION, LLC
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13   EXERGETIC SYSTEMS, LLC,              **Case No. 09-0883-MHP**

14              Plaintiff,                **STIPULATION AND [PROPOSED]**
                                          **ORDER RE: CASE MANAGEMENT**
15        v.                              **CONFERENCE**

16   EDISON MISSION ENERGY; and
     MIDWEST GENERATION LLC,
17
                Defendants.
18

19   AND RELATED COUNTERCLAIMS

20
        WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered
21
Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest
22
Generation LLC ("the Parties") to return for a Further Case Management Conference on
23
September 21, 2009, subsequently continued by Court Order until October 26, 2009;
24
        WHEREAS as a result of the mediation on October 13, 2009, the parties are in the process
25
of reducing the terms of a settlement to writing, and request that the CMC be postponed for
26
fourteen (14) additional days to provide the parties with an opportunity to prepare and execute
27
final settlement documents.
28

1

NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their

2

respective counsel of record, that the Further Case Management Conference now set for October

3

26, 2009 be postponed until November 9, 2009 at 2:00 P.M., subject to the Court's availability on

4

that date.  The Parties shall file jointly a Further Case Management Conference Statement five (5)

5

court days before the continued case Further Case Management Statement.

6

7

IT IS SO STIPULATED.

8

Dated: October 19, 2009                    DERGOSITS & NOAH LLP

9

By:  _____/s/_____

10

Michael E. Dergosits
Attorneys for Plaintiff and

11

Counterdefendant
EXERGETIC SYSTEMS, LLC

12

13

Dated: October 19, 2009                    JONES DAY

14

By:  _____/s/_____

15

Arthur S. Beeman
Attorneys for Defendants and

16

Counterclaimants

17

EDISON MISSION ENERGY and
MIDWEST GENERATION LLC

18

19

I attest under penalty of perjury that concurrence in the filing of this document has been
obtained from Defendants' counsel, Arthur S. Beeman.

20

21

_____/s/_____

22

Michael E. Dergosits

IT IS SO ORDERED.

23

24

Dated:  October 23, 2009

25

Hon. Marilyn H. Patel
United States District Judge

26

27

28

STIPULATION AND ~~PROPOSED~~ OPRDER
Case No.: CV-09-0883 MHP