| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206) | ARTHUR S. BEEMAN (SBN 237996) |
| TODD A. NOAH (SBN 152328) | PAMELA K. FULMER (SBN 154736) |
| TED K. JOE (SBN 242589) | BRETT A. LOVEJOY (SBN 212942) |
| DERGOSITS & NOAH LLP | JONES DAY |
| Three Embarcadero Center, Suite 410 | 555 California St., 26th Floor |
| San Francisco, California 94111 | San Francisco, CA 94104-1500 |
| Tel: (415) 705-6377 | Telephone: (415) 626-3939 |
| Fax: (415) 705-6383 | Facsimile: (415) 875-5787 |
| E-mail: mdergosits@dergnoah.com | email: asbeeman@jonesday.com |
| E-mail: tnoah@dergnoah.com | email: pkfulmer@jonesday.com |
| E-mail: tjoe@dergnoah.com | email: blovejoy@jonesday.com |

Attorneys for Plaintiff

EXERGETIC SYSTEMS, LLC

Attorneys for Defendants and Counterclaimants
EDISON MISSION ENERGY and
MIDWEST GENERATION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC, | **Case No. 09-0883-MHP** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** |
| v. | |
| EDISON MISSION ENERGY; and MIDWEST GENERATION LLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest Generation LLC ("the Parties") to return for a Further Case Management Conference on September 21, 2009, subsequently continued by Court Order until October 26, 2009, and then until November 9, 2009;

WHEREAS as a result of the mediation on October 13, 2009, the parties are in the process of reducing the terms of a settlement to writing, having exchanged drafts of the settlement documentation and requiring some additional time to finalize the settlement documents, and the

parties request that the CMC be postponed for fourteen (14) additional days to provide the parties with an opportunity to execute final settlement documents.

NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their respective counsel of record, that the Further Case Management Conference now set for November 9, 2009 be postponed until November 23, 2009 at ~~2:00~~ 3:00 P.M., subject to the Court's availability on that date. The Parties shall file jointly a Further Case Management Conference Statement five (5) court days before the continued case Further Case Management Statement.

IT IS SO STIPULATED.

Dated: November 2, 2009          DERGOSITS & NOAH LLP

By: _____/s/_____
    Michael E. Dergosits
Attorneys for Plaintiff and Counterdefendant
EXERGETIC SYSTEMS, LLC


Dated: November 2, 2009          JONES DAY

By: _____/s/_____
    Arthur S. Beeman
Attorneys for Defendants and Counterclaimants
EDISON MISSION ENERGY and MIDWEST GENERATION LLC

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Arthur S. Beeman.

_____/s/_____
Michael E. Dergosits

IT IS SO ORDERED.

Dated: November _3_, 2009

IT IS SO ORDERED.
/s/ Judge Marilyn H. Patel

STIPULATION AND PROPOSED ORDER
Case No.: CV 09-0883 MHP

- 2 -

SFI-613301v2

STIPULATION AND [PROPOSED] ORDER
Case No.: CV-09-0883 MHP

1