| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206) | ARTHUR S. BEEMAN (SBN 237996) |
| TODD A. NOAH (SBN 152328) | PAMELA K. FULMER (SBN 154736) |
| TED K. JOE (SBN 242589) | BRETT A. LOVEJOY (SBN 212942) |
| DERGOSITS & NOAH LLP | JONES DAY |
| Three Embarcadero Center, Suite 410 | 555 California St., 26th Floor |
| San Francisco, California 94111 | San Francisco, CA 94104-1500 |
| Tel:  (415) 705-6377 | Telephone:     (415) 626-3939 |
| Fax: (415) 705-6383 | Facsimile:       (415) 875-5787 |
| E-mail:  mdergosits@dergnoah.com | email:  asbeeman@jonesday.com |
| E-mail:  tnoah@dergnoah.com | email:  pkfulmer@jonesday.com |
| E-mail:  tjoe@dergnoah.com | email:  blovejoy@jonesday.com |
| | |
| | Attorneys for Defendants and Counterclaimants |
| Attorneys for Plaintiff | EDISON MISSION ENERGY and |
| EXERGETIC SYSTEMS, LLC | MIDWEST GENERATION, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>EDISON MISSION ENERGY; and MIDWEST GENERATION LLC,<br><br>              Defendants. | **Case No. 09-0883-MHP**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** |
| AND RELATED COUNTERCLAIMS | |

WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest Generation LLC ("the Parties") to return for a Further Case Management Conference on September 21, 2009, subsequently continued by Court Order until October 26, 2009, and then until November 9, 2009;

WHEREAS as a result of the mediation on October 13, 2009, the parties are in the process of reducing the terms of a settlement to writing, having exchanged drafts of the settlement documentation and requiring some additional time to finalize the settlement documents, and the

SFI-613301v2

STIPULATION AND [PROPOSED] ORDER
Case No.: CV-09-0883 MHP

1  parties request that the CMC be postponed for fourteen (14) additional days to provide the parties
2  with an opportunity to execute final settlement documents.
3      NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their
4  respective counsel of record, that the Further Case Management Conference now set for
5  November 9, 2009 be postponed until November 23, 2009 at ~~2:00~~ 3:00 P.M., subject to the Court's
6  availability on that date.  The Parties shall file jointly a Further Case Management Conference
7  Statement five (5) court days before the continued case Further Case Management Statement.

    IT IS SO STIPULATED.

Dated: November 2, 2009          DERGOSITS & NOAH LLP

By: _____/s/_____
    Michael E. Dergosits
Attorneys for Plaintiff and
Counterdefendant
EXERGETIC SYSTEMS, LLC

Dated: November 2, 2009          JONES DAY

By: _____/s/_____
    Arthur S. Beeman
Attorneys for Defendants and
Counterclaimants
EDISON MISSION ENERGY and
MIDWEST GENERATION LLC

    I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Arthur S. Beeman.

_____/s/_____
    Michael E. Dergosits

IT IS SO ORDERED.

Dated: November _3_, 2009

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

STIPULATION AND PROPOSED ORDER
Case No.: CV 09-0883 MHP

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28