1   MICHAEL E. DERGOSITS (SBN 118206)    ARTHUR S. BEEMAN (SBN 237996)
    TODD A. NOAH (SBN 152328)            PAMELA K. FULMER (SBN 154736)
2   TED K. JOE (SBN 242589)              BRETT A. LOVEJOY (SBN 212942)
    DERGOSITS & NOAH LLP                 JONES DAY
3   Three Embarcadero Center, Suite 410  555 California St., 26th Floor
    San Francisco, California 94111      San Francisco, CA 94104-1500
4   Tel:  (415) 705-6377                 Telephone:    (415) 626-3939
    Fax: (415) 705-6383                  Facsimile:    (415) 875-5787
5   E-mail: mdergosits@dergnoah.com      email:  asbeeman@jonesday.com
    E-mail: tnoah@dergnoah.com           email:  pkfulmer@jonesday.com
6   E-mail: tjoe@dergnoah.com            email:  blovejoy@jonesday.com

7                                        Attorneys for Defendants and
    Attorneys for Plaintiff              Counterclaimants
8                                        EDISON MISSION ENERGY and
    EXERGETIC SYSTEMS, LLC               MIDWEST GENERATION, LLC

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13   EXERGETIC SYSTEMS, LLC,          **Case No. 09-0883-MHP**

14            Plaintiff,              **STIPULATION AND [PROPOSED]
                                      ORDER RE: CASE MANAGEMENT**
15       v.                          **CONFERENCE**

16   EDISON MISSION ENERGY; and
     MIDWEST GENERATION LLC,
17
              Defendants.
18

19   AND RELATED COUNTERCLAIMS

20
         WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered
21
     Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest
22
     Generation LLC ("the Parties") to return for a Further Case Management Conference on
23
     September 21, 2009, subsequently continued by Court Order until October 26, 2009, then until
24
     November 9, 2009; and then until November 23, 2009;
25
         WHEREAS as a result of the mediation on October 13, 2009, the parties have reduced the
26
     terms of a settlement to writing, and require some additional time to finalize and to execute the
27
     settlement documents, and the parties hereby request that the CMC be postponed for fourteen (14)
28

1   additional days to provide the parties with an opportunity to execute final settlement documents.

2         NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their

3   respective counsel of record, that the Further Case Management Conference now set for

4   November 23, 2009 be postponed until December 7, 2009 at 2:00 P.M., subject to the Court's

5   availability on that date.  The Parties shall file jointly a Further Case Management Conference

6   Statement five (5) court days before the continued case Further Case Management Statement.

7

8         IT IS SO STIPULATED.

9   Dated: November 16, 2009        DERGOSITS & NOAH LLP

10  By:     /s/

11      Michael E. Dergosits
    Attorneys for Plaintiff and

12  Counterdefendant
    EXERGETIC SYSTEMS, LLC

13

14  Dated: November 16, 2009        JONES DAY

15

16  By:     /s/
        Arthur S. Beeman

17  Attorneys for Defendants and
    Counterclaimants

18  EDISON MISSION ENERGY and
    MIDWEST GENERATION LLC

19

20        I attest under penalty of perjury that concurrence in the filing of this document has been
    obtained from Defendants' counsel, Arthur S. Beeman.

21

22        /s/

23  Michael E. Dergosits

          IT IS SO ORDERED.

24

25  Dated:  November _17_, 2009

26  IT IS SO ORDERED

27  Judge Marilyn H. Patel

28

      UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND PROPOSED ORDER
Case No. CV-09-0883 MHP

- 2 -