| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206) | ARTHUR S. BEEMAN (SBN 237996) |
| TODD A. NOAH (SBN 152328) | PAMELA K. FULMER (SBN 154736) |
| TED K. JOE (SBN 242589) | BRETT A. LOVEJOY (SBN 212942) |
| DERGOSITS & NOAH LLP | JONES DAY |
| Three Embarcadero Center, Suite 410 | 555 California St., 26th Floor |
| San Francisco, California 94111 | San Francisco, CA 94104-1500 |
| Tel: (415) 705-6377 | Telephone:   (415) 626-3939 |
| Fax: (415) 705-6383 | Facsimile:    (415) 875-5787 |
| E-mail: mdergosits@dergnoah.com | email: asbeeman@jonesday.com |
| E-mail: tnoah@dergnoah.com | email: pkfulmer@jonesday.com |
| E-mail: tjoe@dergnoah.com | email: blovejoy@jonesday.com |

Attorneys for Plaintiff

EXERGETIC SYSTEMS, LLC

Attorneys for Defendants and Counterclaimants
EDISON MISSION ENERGY and
MIDWEST GENERATION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC, | **Case No. 09-0883-MHP** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** |
| v. | |
| EDISON MISSION ENERGY; and MIDWEST GENERATION LLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest Generation LLC ("the Parties") to return for a Further Case Management Conference on September 21, 2009, subsequently continued by Court Order until October 26, 2009, then until November 9, 2009; and then until November 23, 2009;

WHEREAS as a result of the mediation on October 13, 2009, the parties have reduced the terms of a settlement to writing, and require some additional time to finalize and to execute the settlement documents, and the parties hereby request that the CMC be postponed for fourteen (14)

SFI-613301v2

STIPULATION AND [PROPOSED] ORDER
Case No.: CV-09-0883 MHP

1  additional days to provide the parties with an opportunity to execute final settlement documents.

2  NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their respective counsel of record, that the Further Case Management Conference now set for November 23, 2009 be postponed until December 7, 2009 at 2:00 P.M., subject to the Court's availability on that date.  The Parties shall file jointly a Further Case Management Conference Statement five (5) court days before the continued case Further Case Management Statement.

IT IS SO STIPULATED.

Dated: November 16, 2009                    DERGOSITS & NOAH LLP

By:  _____/s/_____
     Michael E. Dergosits
Attorneys for Plaintiff and
Counterdefendant
EXERGETIC SYSTEMS, LLC


Dated: November 16, 2009                    JONES DAY

By:  _____/s/_____
     Arthur S. Beeman
Attorneys for Defendants and
Counterclaimants
EDISON MISSION ENERGY and
MIDWEST GENERATION LLC

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Arthur S. Beeman.

                                            _____/s/_____
                                            Michael E. Dergosits

IT IS SO ORDERED.


Dated:  November 17, 2009

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]
IT IS SO ORDERED
Judge Marilyn H. Patel

- 2 -

STIPULATION AND PROPOSED ORDER
Case No. CV-09-0883 MHP