| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206) | ARTHUR S. BEEMAN (SBN 237996) |
| TODD A. NOAH (SBN 152328) | PAMELA K. FULMER (SBN 154736) |
| TED K. JOE (SBN 242589) | BRETT A. LOVEJOY (SBN 212942) |
| DERGOSITS & NOAH LLP | JONES DAY |
| Three Embarcadero Center, Suite 410 | 555 California St., 26th Floor |
| San Francisco, California 94111 | San Francisco, CA 94104-1500 |
| Tel: (415) 705-6377 | Telephone: (415) 626-3939 |
| Fax: (415) 705-6383 | Facsimile: (415) 875-5787 |
| E-mail: mdergosits@dergnoah.com | email: asbeeman@jonesday.com |
| E-mail: tnoah@dergnoah.com | email: pkfulmer@jonesday.com |
| E-mail: tjoe@dergnoah.com | email: blovejoy@jonesday.com |
| Attorneys for Plaintiff | Attorneys for Defendants and Counterclaimants |
| EXERGETIC SYSTEMS, LLC | EDISON MISSION ENERGY and MIDWEST GENERATION, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC, | **Case No. 09-0883-MHP** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** |
| v. | |
| EDISON MISSION ENERGY; and MIDWEST GENERATION LLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest Generation LLC ("the Parties") to return for a Further Case Management Conference on September 21, 2009, subsequently continued by Court Order until October 26, 2009, then until November 9, 2009; and then until November 23, 2009 and then until December 7, 2009;

WHEREAS as a result of the mediation on October 13, 2009, the parties have reduced the terms of a settlement to writing, and require some additional time to finalize and to execute the settlement documents, and the parties hereby request that the CMC be postponed for fourteen (14)

1 additional days to provide the parties with an opportunity to execute final settlement documents.

2     NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their

3 respective counsel of record, that the Further Case Management Conference now set for

4 December 7, 2009 be postponed until ~~December 21, 2009 at 2:00 P.M~~. January 25, 2010 at 3:00 p.m., subject to the Court's

5 availability on that date. The Parties shall file jointly a Further Case Management Conference

6 Statement five (5) court days before the continued case Further Case Management Statement.

7

8     IT IS SO STIPULATED.

9     Dated: December 2, 2009      DERGOSITS & NOAH LLP

10      By:   /s/
11          Michael E. Dergosits
         Attorneys for Plaintiff and
12          Counterdefendant
         EXERGETIC SYSTEMS, LLC
13

14     Dated: December 2, 2009      JONES DAY

15

16      By:   /s/
         Arthur S. Beeman
17          Attorneys for Defendants and
         Counterclaimants
18          EDISON MISSION ENERGY and
         MIDWEST GENERATION LLC

19

20     I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Arthur S. Beeman.

21

22          /s/
         Michael E. Dergosits
23     IT IS SO ORDERED.

24

25     Dated: December _3_, 2009

**IT IS SO ORDERED**
Judge Marilyn H. Patel