| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206) | ARTHUR S. BEEMAN (SBN 237996) |
| TODD A. NOAH (SBN 152328) | PAMELA K. FULMER (SBN 154736) |
| TED K. JOE (SBN 242589) | BRETT A. LOVEJOY (SBN 212942) |
| DERGOSITS & NOAH LLP | JONES DAY |
| Three Embarcadero Center, Suite 410 | 555 California St., 26th Floor |
| San Francisco, California 94111 | San Francisco, CA 94104-1500 |
| Tel:  (415) 705-6377 | Telephone:     (415) 626-3939 |
| Fax: (415) 705-6383 | Facsimile:      (415) 875-5787 |
| E-mail:  mdergosits@dergnoah.com | email:  asbeeman@jonesday.com |
| E-mail:  tnoah@dergnoah.com | email:  pkfulmer@jonesday.com |
| E-mail:  tjoe@dergnoah.com | email:  blovejoy@jonesday.com |

Attorneys for Plaintiff

EXERGETIC SYSTEMS, LLC

Attorneys for Defendants and Counterclaimants
EDISON MISSION ENERGY and MIDWEST GENERATION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC, | **Case No. 09-0883-MHP** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** |
| v. | |
| EDISON MISSION ENERGY; and MIDWEST GENERATION LLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest Generation LLC ("the Parties") to return for a Further Case Management Conference on September 21, 2009, subsequently continued by Court Order until October 26, 2009, then until November 9, 2009; and then until November 23, 2009 and then until December 7, 2009;

WHEREAS as a result of the mediation on October 13, 2009, the parties have reduced the terms of a settlement to writing, and require some additional time to finalize and to execute the settlement documents, and the parties hereby request that the CMC be postponed for fourteen (14)

STIPULATION AND [PROPOSED] ORDER
Case No.: CV-09-0883 MHP

SFI-613301v2

1  additional days to provide the parties with an opportunity to execute final settlement documents.

2  NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their

3  respective counsel of record, that the Further Case Management Conference now set for

January 25, 2010 at 3:00 p.m.

4  December 7, 2009 be postponed until ~~December 21, 2009 at 2:00 P.M~~., subject to the Court's

5  availability on that date. The Parties shall file jointly a Further Case Management Conference

6  Statement five (5) court days before the continued case Further Case Management Statement.

8  IT IS SO STIPULATED.

9  Dated: December 2, 2009                    DERGOSITS & NOAH LLP

10                                             By: _____/s/_____
11                                                  Michael E. Dergosits
                                                 Attorneys for Plaintiff and
12                                               Counterdefendant
                                                 EXERGETIC SYSTEMS, LLC
13

14  Dated: December 2, 2009                    JONES DAY
15
                                                By: _____/s/_____
16                                                  Arthur S. Beeman
                                                 Attorneys for Defendants and
17                                               Counterclaimants
                                                 EDISON MISSION ENERGY and
18                                               MIDWEST GENERATION LLC
19
     I attest under penalty of perjury that concurrence in the filing of this document has been
20  obtained from Defendants' counsel, Arthur S. Beeman.

21

22                                                      _____/s/_____
                                                        Michael E. Dergosits
23  IT IS SO ORDERED.

25  Dated:  December _3_, 2009

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

STIPULATION AND PROPOSED ORDER
Case No.: CV-09-0883 MHP

- 2 -