| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206)<br>TODD A. NOAH (SBN 152328)<br>TED K. JOE (SBN 242589)<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, California 94111<br>Tel:  (415) 705-6377<br>Fax: (415) 705-6383<br>E-mail:  mdergosits@dergnoah.com<br>E-mail:  tnoah@dergnoah.com<br>E-mail:  tjoe@dergnoah.com | ARTHUR S. BEEMAN (SBN 237996)<br>PAMELA K. FULMER (SBN 154736)<br>BRETT A. LOVEJOY (SBN 212942)<br>JONES DAY<br>555 California St., 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone:    (415) 626-3939<br>Facsimile:    (415) 875-5787<br>email:  asbeeman@jonesday.com<br>email:  pkfulmer@jonesday.com<br>email:  blovejoy@jonesday.com |
| Attorneys for Plaintiff<br><br>EXERGETIC SYSTEMS, LLC | Attorneys for Defendants and Counterclaimants<br>EDISON MISSION ENERGY and MIDWEST GENERATION, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>EDISON MISSION ENERGY; and MIDWEST GENERATION LLC,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS | **Case No. 09-0883-MHP**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** |

WHEREAS this Court held a Case Management Conference on July 6, 2009, and ordered Plaintiff Exergetic Systems, LLC and Defendants Edison Mission Energy and Midwest Generation LLC ("the Parties") to return for a Further Case Management Conference on September 21, 2009, subsequently continued by Court Order until October 26, 2009, then until November 9, 2009; and then until November 23, 2009 and then until December 7, 2009; and then until January 25, 2010;

WHEREAS as a result of the mediation on October 13, 2009, the parties have reduced the terms of a settlement to writing, and require some additional time to finalize and to execute the settlement documents, and the parties hereby request that the CMC be postponed for twenty-eight


(28) additional days to provide the parties with an opportunity to execute final settlement documents.

NOW THEREFORE the Parties hereby stipulate, and respectfully request, through their respective counsel of record, that the Further Case Management Conference now set for January 25, 2010 be postponed until March 1, 2010 at ~~2:00~~ **3:00** P.M., subject to the Court's availability on that date.  The Parties shall file jointly a Further Case Management Conference Statement five (5) court days before the continued case Further Case Management Statement.

      IT IS SO STIPULATED.

Dated: January 25, 2010        DERGOSITS & NOAH LLP

By:   /s/
    Michael E. Dergosits
Attorneys for Plaintiff and Counterdefendant
EXERGETIC SYSTEMS, LLC

Dated: January 25, 2010        JONES DAY

By:   /s/
    Arthur S. Beeman
Attorneys for Defendants and Counterclaimants
EDISON MISSION ENERGY and MIDWEST GENERATION LLC

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Arthur S. Beeman.

    /s/
Michael E. Dergosits

IT IS SO ORDERED.  **NO FURTHER CONTINUANCES.**

Dated: January _26_, 2010

Hon. Marilyn H. Patel
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court Northern District of California]*

STIPULATION AND ~~PROPOSED~~ ORDER
Case No.: CV-09-0883 MHP

- 2 -