| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206)<br>TODD A. NOAH (SBN 152328)<br>TED K. JOE (SBN 242589)<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, California 94111<br>Tel: (415) 705-6377<br>Fax: (415) 705-6383<br>E-mail: mdergosits@dergnoah.com<br>E-mail: tnoah@dergnoah.com<br>E-mail: tjoe@dergnoah.com<br><br>Attorneys for Plaintiff<br><br>EXERGETIC SYSTEMS, LLC | ARTHUR S. BEEMAN (SBN 237996)<br>PAMELA K. FULMER (SBN 154736)<br>BRETT A. LOVEJOY (SBN 212942)<br>JONES DAY<br>555 California St., 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5787<br>email: asbeeman@jonesday.com<br>email: pkfulmer@jonesday.com<br>email: blovejoy@jonesday.com<br><br>Attorneys for Defendants and<br>Counterclaimants<br>EDISON MISSION ENERGY and<br>MIDWEST GENERATION, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDISON MISSION ENERGY; and<br>MIDWEST GENERATION LLC,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | **Case No. 09-0883-MHP**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE: DISMISSAL WITH<br>PREJUDICE** |

Exergetic Systems, LLC and Midwest Generation LLC, and Edison Mission Energy, ("the Parties") hereby stipulate, through their respective counsel of record, that this action be dismissed with prejudice pursuant to the terms of the Parties' Settlement Agreement, executed on February 10, 2010.

IT IS SO STIPULATED.

Dated: February 19, 2010

DERGOSITS & NOAH LLP

By: /s/
Michael E. Dergosits
Attorneys for Plaintiff and Counterdefendant
EXERGETIC SYSTEMS, LLC

Dated: February 19, 2010

JONES DAY

By: /s/
Arthur S. Beeman
Attorneys for Defendants and Counterclaimants
EDISON MISSION ENERGY and MIDWEST GENERATION LLC

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Arthur S. Beeman.

/s/
Michael E. Dergosits

IT IS SO ORDERED.

Dated: February 22, 2010

Hon. ~~~~~~~~~~~~
IT IS SO ORDERED
Judge Marilyn H. Patel