MICHAEL E. DERGOSITS (SBN 118206)
TODD A. NOAH (SBN 152328)
TED K. JOE (SBN 242589)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Tel:  (415) 705-6377
Fax: (415) 705-6383
E-mail:  mdergosits@dergnoah.com
E-mail:  tnoah@dergnoah.com
E-mail:  tjoe@dergnoah.com

Attorneys for Plaintiff

EXERGETIC SYSTEMS, LLC

ARTHUR S. BEEMAN (SBN 237996)
PAMELA K. FULMER (SBN 154736)
BRETT A. LOVEJOY (SBN 212942)
JONES DAY
555 California St., 26th Floor
San Francisco, CA 94104-1500
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5787
email:  asbeeman@jonesday.com
email:  pkfulmer@jonesday.com
email:  blovejoy@jonesday.com

Attorneys for Defendants and Counterclaimants
EDISON MISSION ENERGY and
MIDWEST GENERATION, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXERGETIC SYSTEMS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDISON MISSION ENERGY; and MIDWEST GENERATION LLC,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | **Case No. 09-0883-MHP**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER
Case No.: CV-09-0883 MHP

1  Exergetic Systems, LLC and Midwest Generation LLC, and Edison Mission Energy,
2  ("the Parties") hereby stipulate, through their respective counsel of record, that this action be
3  dismissed with prejudice pursuant to the terms of the Parties' Settlement Agreement, executed on
4  February 10, 2010.

5  IT IS SO STIPULATED.

7  Dated: February 19, 2010     DERGOSITS & NOAH LLP

8  By: _____/s/_____
   Michael E. Dergosits
9  Attorneys for Plaintiff and
   Counterdefendant
10  EXERGETIC SYSTEMS, LLC

12  Dated: February 19, 2010     JONES DAY

14  By: _____/s/_____
   Arthur S. Beeman
15  Attorneys for Defendants and
   Counterclaimants
16  EDISON MISSION ENERGY and
   MIDWEST GENERATION LLC

18  I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Arthur S. Beeman.

20  _____/s/_____
   Michael E. Dergosits

21  IT IS SO ORDERED.

23  Dated: February _22_, 2010

   Hon. M_____
   _____
   Judge Marilyn H. Patel

   **IT IS SO ORDERED**
   [signature]
   Judge Marilyn H. Patel